**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Kimberly Welsh, <br><br>         Plaintiff <br><br>   – against– <br><br> MSW Capital LLC and Whipple Law, P.A., <br><br>      Defendant(s). | Civil Action No. 1:17-cv-566 <br><br> **STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS MSW CAPITAL, LLC AND WHIPPLE LAW, P.A.

Plaintiff Kimberly Welsh ("Plaintiff"), by counsel, and Defendants MSW Capital, LLC and  Whipple Law, P.A. ("Defendants"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against all Defendants should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*_____
Antranig Garibian (Bar No. 4962)
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 722-6885
Email: ag@garibianlaw.com

*Attorney for Plaintiff Kimberly Welsh*

August 14, 2017

**WHIPPLE LAW, P.A.**

*/s/ Lawrence Whipple*_____
Lawrence Whipple
233 Mount Airy Road, 1st Floor
Basking Ridge, NJ  07920
Phone: (908) 432-1583
Email: lawhipp@me.com
*Attorney for Defendants MSW Capital, LLC and Whipple Law, P.A.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 14th day of August, 2017.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| |
|---|
| Lawrence Whipple, Esquire<br>lawhipp@me.com |
| |

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*_____
Antranig Garibian (Bar No. 4962)
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: (302) 722-6885
Email: ag@garibianlaw.com

*Attorney for Plaintiff Kimberly Welsh*